

**NUMBER 13-14-00614-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**FRANKLIN JONES,** **Appellant,**

**v.**

**YOLANDA MARTIN,** **Appellees.**

---

### On appeal from the 36th District Court
### of Bee County, Texas.

---

## ORDER OF ABATEMENT

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

Appellant, Franklin Jones, attempts to appeal a judgment entered on August 12, 2014. On October 16, 2014, appellant filed a notice of out of time appeal stating that he was not notified of the judgment "until sometime in September of 2014." Appellant is

seeking additional time to file the notice of appeal, because he received late notice of the judgment.

Accordingly, this appeal is ABATED and REMANDED to the trial court for further proceedings in accordance with Texas Rule of Civil Procedure 306a. *See* TEX. R. CIV. P. 306a(4),(5). The trial court is directed to forward a supplemental clerk's record, including any orders rendered, and a supplemental reporter's record, if such is necessary, to this Court within thirty (30) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply.

PER CURIAM

Delivered and filed the
30th day of October, 2014.